# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WHEELER,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN C. PHELAN,<br><br>      Defendant. | Case No.: 25-cv-1178-JES-DDL<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**[DKT. NO. 10]** |

  On September 9, 2025, the Court issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings. Dkt. No. 9.

  On October 7, 2025, the Court issued Temporary General Order Staying Civil Matters Involving the United States as A Party. *See* General Order 766. The Order stayed all cases involving the United Staes and stated that "[a]ll deadlines, due dates, or cut-off dates in such cases are extended for a period commensurate with the duration of the lapse in appropriations." *Id.*

  On November 21, 2025, the Court issued General Order Lifting Stay of Civil Matters Involving the United States as A Party. *See* General Order 766-A. The Order lifted the stay put in place by General Order 766, noted that the lapse in appropriations lasted for forty-three days, and extended case deadlines for forty-three days. *Id.* Case parties were ordered to contact chambers "no later than December 5, 2025, for additional guidance regarding rescheduling of impacted court events." *Id.*

On December 3, 2025, the parties filed a Joint Motion to Amend Scheduling Order. Dkt. No. 10. The parties seek to continue the case deadlines by forty-three days in light of General Orders 766 and 766-A.

Good cause appearing, the parties' motion is **GRANTED** as follows:

| Event | Current Date | New Date |
|---|---|---|
| All discovery requests pursuant to Federal Rules of Civil Procedure 33 through 36 must be served | December 12, 2025 | January 26, 2026 |
| Status Conference before Magistrate Judge David D. Leshner | December 17, 2025 @ 10:00 a.m. | January 28, 2026 at 10:00 a.m. |
| All fact discovery shall be completed by all parties | February 13, 2026 | March 30, 2026 |
| Mandatory Settlement Conference | March 9, 2026 @ 9:00 a.m. | April 20, 2026 at 9:00 a.m. |
| All expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) shall be served on all parties | March 13, 2026 | April 27, 2026 |
| Contradictory or rebuttal disclosures | April 3, 2026 | May 18, 2026 |
| All expert discovery shall be completed by all parties | May 1, 2026 | June 15, 2026 |
| All other dispositive motions, including those addressing *Daubert* issues, shall be FILED | June 5, 2026 | July 20, 2026 |
| Memoranda of Contentions of Fact and Law and any other | September 9, 2026 | October 28, 2026 |

| Event | Current Date | New Date |
|---|---|---|
| action required by Local Rule 16.1(f)(2) | | |
| All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) | September 16, 2026 | November 4, 2026 |
| The parties shall meet and confer to prepare a proposed pretrial order in accordance with CivLR Rule 16.1(f)(6)(c) | September 23, 2026 | November 12, 2026 |
| Plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval | September 30, 2026 | November 18, 2026 |
| Proposed final pretrial conference order prepared, served and lodged | October 7, 2026 | November 25, 2026 |
| Final pretrial conference held before the Honorable James E. Simmons, Jr. | October 14, 2026 at 1:30 p.m. | December 2, 2026 at 1:30 p.m. |

All other guidelines and requirements remain as previously set. Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: December 4, 2025

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge